No. 201. AMERICAN MEDICAL ASSOCIATION *v.* UNITED STATES; and

No. 202. MEDICAL SOCIETY OF THE DISTRICT OF COLUMBIA *v.* UNITED STATES. October 12, 1942. Petition for writs of certiorari to the United States Court of Appeals for the District of Columbia granted limited to the first three questions presented by the petition. *Messrs. Edward M. Burke, William E. Leahy, Seth W. Richardson,* and *Charles S. Baker* for petitioners. *Assistant Attorney General Arnold* and *Messrs. Oscar Cox, John Henry Lewin,* and *Grant W. Kelleher* for the United States.

No. 173. UNITED STATES EX REL. MARCUS ET AL. *v.* HESS ET AL.

No. 236. UNITED STATES EX REL. OSTRAGER ET AL. *v.* NEW ORLEANS CHAPTER, ASSOCIATED GENERAL CONTRACTORS OF AMERICA, INC., ET AL.

October 12, 1942. Petitions for writs of certiorari granted. In these cases the Solicitor General is requested to file a brief and, if he so desires, to participate in the oral argument. *Messrs. Homer Cummings* and *Charles J. Margiotti* for petitioners in No. 173. *Mr. Burnett Wolfson* for petitioners in No. 236. *Mr. William H. Eckert* for respondents in No. 173.